IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JSOLO Corp., | ) | No. 08 B 21531 |
| | ) | |
| Debtor. | ) | *Hon. Bruce W. Black* |

**ORDER GRANTING FINAL FEES TO DEBTOR'S COUNSEL**

This Cause having come to be heard upon the Application of Timothy C. Culbertson ("the Attorney"), for final fees and costs as Debtor's counsel, proper notice having been provided pursuant to F.R.Bankr.P. 2002(a)(6), and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1.  The Attorney is granted compensation for necessary and compensable services rendered to the estate in the sum of $ __8680.00__, and reimbursement of costs advanced in the sum of $ __507.63__, for a total of $ __9187.93__ all through December 3, 2009.

2.  The Debtor is hereby authorized and directed to pay the balance of said fees and costs to the Attorney.

Dated: ~~December 3, 2009~~

ENTER:

_____
United States Bankruptcy Judge

23 DEC 2009

*prepared by*:
Timothy C. Culbertson
ARDC No. 6229093
Baugh Dalton Carlson & Ryan, LLC
55 West Monroe Street, Suite 600
Chicago, Illinois 60603
(312) 759-1400