IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| JSOLO Corp., | ) | No. 08 B 21531 |
| | ) | |
| Debtor. | ) | Hon. Bruce W. Black |

## FINAL DECREE

THE COURT, having entered an Order on October 8, 2009, confirming the captioned "Debtor's Second Amended Plan of Reorganization dated August 11, 2009" ("the Plan"), the Debtor having made the payments required under the confirmed Plan as of the date hereof, and the Plan having thus been substantially consummated;

IT IS HEREBY ORDERED THAT:

1. JSOLO Corp., is discharged as Debtor-in-Possession and the captioned Chapter 11 Case is hereby closed.

Dated: ~~December 3, 2009~~                    ENTER:

_____
United States Bankruptcy Judge

2 3 DEC 2009